**Loretta Jane REEVES, Plaintiff–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONAL EDUCATION; Mark Hutchinson; George Erps, Defendants–Appellees.**

No. 03–1177.

United States Court of Appeals, Fourth Circuit.

Submitted May 15, 2003.

Decided May 20, 2003.

Loretta Jane Reeves, Appellant Pro Se. Sydney E. Rab, Anthony Philip Meredith, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before LUTTIG and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Loretta Jane Reeves appeals the district court's judgment granting the Appellees' motion for summary judgment and dismissing her hostile work environment claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Reeves v. Virginia Dep't of Corr. Educ.*, No. CA–02–20–2, 2003 WL 76117 (W.D.Va. Jan. 9, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*